**REVERSE and RENDER and Opinion Filed June 7, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00455-CV

**LEGACYTEXAS BANK, Appellant**
**V.**
**ROBERT A. IMEL, Appellee**

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-16-01372**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Molberg, and Justice Nowell
Opinion by Chief Justice Burns

This appeal follows the trial court's March 8, 2019 second amended final judgment in favor of Robert A. Imel and against LegacyTexas Bank and Energy Reserves Group, LLC. Only LegacyTexas has appealed.

Stating they have settled all matters in controversy between them, LegacyTexas and Imel have filed a joint motion to vacate the portion of the judgment against LegacyTexas and render judgment dismissing with prejudice the claims against LegacyTexas. We grant the motion. Without regard to the merits, we vacate the trial court's March 8th judgment as it relates to LegacyTexas only and render judgment dismissing with prejudice Imel's claims against LegacyTexas. *See* TEX. R. APP. P. 42.1(a).

/Robert D. Burns, III/
ROBERT D. BURNS, III
CHIEF JUSTICE

190455F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

LEGACYTEXAS BANK, Appellant

No. 05-19-00455-CV          V.

ROBERT A. IMEL, Appellee

On Appeal from the 134th Judicial District Court, Dallas County, Texas
Trial Court Cause No. DC-16-01372.
Opinion delivered by Chief Justice Burns, Justices Molberg and Nowell participating.

In accordance with this Court's opinion of this date and without regard to the merits, we **REVERSE** the trial court's March 8, 2019 second amended final judgment as it pertains to LegacyTexas Bank only and **RENDER JUDGMENT DISMISSING WITH PREJUDICE** Robert A. Imel's claims against LegacyTexas Bank.

As agreed by the parties, we **ORDER** each party bear its own costs of this appeal. The obligations of LegacyTexas Bank, as principal, and Westchester Fire Insurance Company, as surety, on appellant's supersedeas bond are **RELEASED**.

Judgment entered June 7, 2019.